**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA

Plaintiff,

v. CRIMINAL CASE NO: 22 CR 291 MLG

JOE ALEX ABEITA III

Defendant.

ORDER TO CONTINUE PRELIMINARY REVOCATION AND DETENTION HEARING

THIS MATTER is before the Court on Defendant Joe Alex Abeita's Unopposed Motion to Continue. There being good cause shown by the Defendant and there being no objection by the government, the Court finds the motion is well-taken and should be granted.

IT IS HEREBY ORDERED that the Preliminary Revocation and Detention Hearing in this matter currently scheduled for August 19, 2026, is continued and will be rescheduled for August 20, 2026.

United States Magistrate Judge

Prepared and submitted by:
Megan Mitsunaga
Counsel for Defendant